IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP: 14-CR-0965-FM |
| | § | |
| JORGE MISAEL MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses without prejudice the Indictment against Defendant, Jorge Misael Martinez. The Government does not wish to prosecute at this time.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

DATE: September 23, 2014